UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2024 AUG 27 A 11: 59

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW JOHN SHERVEN,

    Defendant.

Case No. 24-CR- **24-CR-171**

[18 U.S.C. §§ 111(a), 111(b), & 1361]

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 9, 2024, in the State and Eastern District of Wisconsin,

**MATTHEW JOHN SHERVEN**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, namely: J.A., a security officer at the Federal Bureau of Investigation Milwaukee field office, who was engaged in official duties, during such person's term of service, and caused physical contact and inflicted bodily injury with a dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 9, 2024, in the State and Eastern District of Wisconsin,

**MATTHEW JOHN SHERVEN,**

willfully and by means of wielding a baseball bat, attempted to, and did, injure and commit a depredation against property of the United States and of any department and agency thereof, specifically a vehicle belonging to the Federal Bureau of Investigation, and the resulting damage was less than $1,000.

In violation of Title 18, United States Code, Section 1361.

A TRUE BILL:

FOREPERSON
Dated: 27 AUG 2024

_____
GREGORY J. HAANSTAD
United States Attorney